# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-00840-JCM-NJK |
| vs. | ) ORDER DENYING MOTION TO EXTEND |
| ANC VISTA I, LLC, et al., | ) |
| Defendant(s). | ) (Docket No. 25) |

Pending before the Court is Defendants' motion to extend deadlines. Docket No. 25. The motion indicates that the parties may be agreeable to stipulating to an extension of deadlines. *See id.* at 19-20. The Court hereby **DENIES** the motion to extend without prejudice. Counsel shall immediately meet-and-confer regarding the possibility of stipulating to an extension. A stipulation or renewed motion for an extension shall be filed no later than October 10, 2014.[1]

IT IS SO ORDERED.

DATED: October 7, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Defendants also filed a motion to compel and for sanctions on an emergency basis. *See* Docket Nos. 24, 26. At this time, the Court defers ruling on whether those motions should be heard on an expedited basis. *Cf.* Local Rule 7-5(d)(3) ("It shall be within the sole discretion of the Court to determine whether any such matter is, in fact, an emergency").