1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-0840-JCM-NJK |
| | ) | ORDER RESCHEDULING HEARING |
| vs. | ) | |
| ANC VISTA I, LLC, et al., | ) | (Docket No. 50) |
| Defendant(s). | ) | |

16        Pending before the Court is Plaintiff's motion to quash or modify the subpoena to Gordon Garff.

17 Docket No. 16.  The Court hereby **RESCHEDULES** the hearing on that motion to 11:30 a.m. on

18 January 8, 2015, in Courtroom 3A.

19        IT IS SO ORDERED.

20        DATED:   December 16, 2014

21
22                                                    _____
                                                      NANCY J. KOPPE
23                                                    United States Magistrate Judge

24
25
26
27
28