UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>ANC VISTA I, LLC, et al., )<br>)<br>Defendant(s). )<br>_____ ) | Case No. 2:14-cv-0840-JCM-NJK<br><br>ORDER |

      Pending before the Court is Plaintiff's motion to quash or modify the subpoena to Gordon Garff. Docket No. 16. On January 8, 2015, the Court held a hearing on that motion. Docket 55. The Court hereby ORDERS Plaintiff to submit to the chambers of the undersigned for an *in camera* review, no later than January 12, 2015, the 2012 Garff engagement letter and the cover sheet to his 2012 appraisal.

      IT IS SO ORDERED.

      DATED: January 8, 2015

                                          _____
                                          NANCY J. KOPPE
                                          United States Magistrate Judge