# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., )<br>)<br>      Plaintiff(s), )<br>)<br>vs. )<br>)<br>ANC VISTA I, LLC, et al, )<br>)<br>      Defendant(s). )<br>_____ ) | Case No. 2:14-cv-00840-JCM-NJK<br><br>**ORDER RE: DOCUMENTS**<br>**SUBMITTED** *IN CAMERA* |

  On January 8, 2015, the Court ordered Plaintiff to submit certain documents to the undersigned for an *in camera* review. Docket No. 56. Having resolved the underlying dispute, *see* Docket No. 58, the Court will destroy those documents unless Plaintiff retrieves them from chambers by February 19, 2015.

  IT IS SO ORDERED.

  Dated: February 17, 2015

                      _____
                      NANCY J. KOPPE
                      UNITED STATES MAGISTRATE JUDGE