UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br>               Plaintiff(s), <br> vs. <br> ANC VISTA I, LLC, et al., <br>               Defendant(s). | Case No. 2:14-cv-00840-JCM-NJK <br><br> ORDER GRANTING MOTION TO SEAL <br><br> (Docket No. 72) |

Pending before the Court is a motion to seal an exhibit submitted in support of Defendants' motion to compel. Docket No. 72; *see also* Docket No. 73 (exhibit filed under seal). Parties seeking to maintain the confidentiality of documents attached to non-dispositive motions must make a "particularized showing" of "good cause." *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003)). In this instance, Plaintiff argues that the exhibit was created in anticipation of litigation and is confidential in nature. *See* Docket No. 72-1. For good cause shown, the motion to seal is hereby **GRANTED**.

IT IS SO ORDERED.

DATED: July 22, 2015

                                                                 _____
                                                                 NANCY J. KOPPE
                                                                 United States Magistrate Judge