# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | |
| ) | Case No. 2:14-cv-00840-JCM-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket No. 76) |
| ANC VISTA I, LLC, et al, ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a notice of disassociation and request to be removed from the CM/ECF service list. Docket No. 76. In particular, attorney Joel Schwarz provides notice that he is no longer representing Defendants and, therefore, he and his law firm request removal from the distribution list. Docket No. 76 at 2. The docket reflects that Joel Schwarz was never listed as attorney of record and that he (and his law firm) are not part of the distribution list in this case.[1] Accordingly, the request at Docket No. 76 is hereby **DENIED** as moot.

IT IS SO ORDERED.

Dated: August 6, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Mr. Schwarz's name has appeared on filings, but he never entered a formal appearance on the docket such that he would be listed as counsel of record or become part of the CM/ECF distribution list.