UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br>　　　　　　Plaintiff(s), <br><br>vs. <br><br>ANC VISTA I, LLC, et al., <br><br>　　　　　　Defendant(s). | Case No. 2:14-cv-00840-JCM-NJK <br><br>ORDER GRANTING MOTION TO SEAL <br><br>(Docket No. 93) |

Pending before the Court is a motion to seal an exhibit submitted in support of Defendants' response to the motion for partial summary judgment and response to the motion to exclude. Docket No. 93; *see also* Docket Nos. 89, 90. Parties seeking to maintain the confidentiality of documents attached to dispositive motions must establish compelling reasons for sealing those documents. *See, e.g., Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).[1] Courts have found compelling reasons exist when the documents at issue are protected as attorney-client communications or work product. *See, e.g., Asdale v. International Game Tech.*, 2010 WL 2161930, *4 (D. Nev. May 28, 2010). The Court has previously held that the subject document was created in anticipation of litigation and "is subject to protection pursuant to Rule 26(b)(4)(D)." Docket No. 58 at 7. The Court finds compelling reasons to seal it.

---

[1] The parties assert that the good cause standard applies to the sealing of the exhibit in relation to the response to the motion to exclude. Because the Court finds compelling reasons for sealing the exhibit, it need not address whether the lower good cause standard applies.

1  Accordingly, the Court **GRANTS** the motion to seal. The Clerk's Office is **INSTRUCTED** to
2  seal Docket Nos. 89 and 90 in their entirety. Defendants are further **ORDERED** to re-file on the public
3  docket, no later than September 16, 2015, the documents at Docket Nos. 89 and 90 with place holders
4  for the subject document.
5  IT IS SO ORDERED.
6  DATED: September 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge