1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10

11   WELLS FARGO BANK, N.A.,                     )
                                                 )     Case No. 2:14-cv-0840-JCM-NJK
                          Plaintiff(s),          )
12                                               )     ORDER SETTING HEARING
                                                 )
     v.                                          )
13                                               )
     ANC VISTA I, LLC, et al.,                   )     (Docket No. 70)
14                                               )
                          Defendant(s).          )
15   _____)

16          Pending before the Court is Defendant' motion to compel.  Docket No. 70.  The Court hereby

17   **RESCHEDULES** the hearing on that motion to 3:00 p.m. on September 17, 2015, in Courtroom 3B.

18          IT IS SO ORDERED.

19          DATED:   September 10, 2015

20

21                                              _____
                                                NANCY J. KOPPE
22                                              United States Magistrate Judge

23
24
25
26
27
28