# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | |
| Plaintiff(s), | Case No. 2:14-cv-00840-JCM-NJK |
| vs. | ORDER |
| ANC VISTA I, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to seal. Docket No. 103. Plaintiff seeks to keep certain exhibits sealed on the basis that they refer to the Garff Appraisal and "portions" of the exhibits are proprietary in nature. *See* Docket Nos. 103-1, 103-2. The Ninth Circuit has made plain that, to the extent any confidential information can be easily redacted while leaving meaningful information available to the public, the Court must order that redacted versions be filed rather than sealing entire documents. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003); *see also In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 425 (9th Cir. 2011) (the district court must "keep in mind the possibility of redacting the sensitive material").[1]  Plaintiff has not explained whether its concerns can be alleviated by filing a redacted version of the exhibits, rather than sealing them in their entirety. Accordingly, Plaintiff shall file, no later than September 24, 2015, a

---

[1] The Court expresses no opinion as to the merits of the motion to seal.

supplement explaining whether redaction is feasible and, if so, a proposed redacted version of the exhibits.

The Clerk's Office is **INSTRUCTED** to keep the subject documents sealed for the time being.

IT IS SO ORDERED.

DATED: September 21, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge