UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) <br>                  Plaintiff(s), ) <br> vs. ) <br> ANC VISTA I, LLC, et al., ) <br>                  Defendant(s). ) | Case No. 2:14-cv-00840-JCM-NJK <br><br> ORDER GRANTING MOTION TO SEAL <br><br> (Docket No. 103) |

       Pending before the Court is a motion to seal several exhibits submitted in relation to briefing on the pending motion for summary judgment. Docket No. 103; *see also* Docket No. 104. As directed by the Court, Plaintiff filed a supplement regarding potential redaction. Docket No. 109. Parties seeking to maintain the confidentiality of documents attached to dispositive motions must establish compelling reasons for sealing those documents. *See, e.g., Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Compelling reasons exist to seal the exhibits. *See, e.g.*, Docket No. 96 (finding compelling reasons to seal the Garff appraisal). Moreover, the Court finds that redaction would not leave meaningful information available to the public. *Cf. Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003). Accordingly, the Court **GRANTS** the motion to seal.

       IT IS SO ORDERED.

       DATED: September 25, 2015

                                               _____
                                               NANCY J. KOPPE
                                               United States Magistrate Judge