1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | Case No. 2:14-cv-00840-JCM-NJK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | (Docket No. 135) |
| ANC VISTA I, LLC, et al, | ) | |
| Defendant(s). | ) | |

Pending before the Court is Defendants' motion to seal.  Docket No. 135.  The Court hereby **INSTRUCTS** the Clerk's Office to seal Docket No. 133, and all exhibits thereto, pending resolution of the motion to seal.  Any response to the motion to seal shall be filed no later than December 1, 2016.

IT IS SO ORDERED.

Dated: November 28, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE