UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br>               Plaintiff(s), <br> vs. <br> ANC VISTA I, LLC, et al., <br>               Defendant(s). | Case No. 2:14-cv-00840-JCM-NJK <br><br> ORDER GRANTING MOTION TO SEAL <br><br> (Docket No. 135) |

Pending before the Court is a motion to seal two exhibits submitted in relation to a motion *in limine*. Docket No. 135; *see also* Docket No. 133 (sealed filing). A response and declaration in support of the motion were filed. Docket Nos. 136, 150. The Court has previously found that compelling reasons exist to seal this information. *See* Docket No. 96. Similarly here, the Court **GRANTS** the motion to seal. No later than December 9, 2016, Defendants shall file on the public docket the declaration at Docket No. 133 and all exhibits attached thereto with placeholders for exhibits 4 and 5.

IT IS SO ORDERED.

DATED: December 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge