GARMAN TURNER GORDON
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
Email: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Defendants ANC VISTA I, LLC;
AMERICAN NEVADA HOLDINGS, LLC;
MICHAEL SALTMAN and SONJA SALTMAN;
MICHAEL SALTMAN and SONJA SALTMAN
AS CO-TRUSTEES OF THE SALTMAN LIVING
TRUST DATED MAY 29, 1997; G.C. INVESTMENTS, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | CASE NO. 2:14-cv-00840-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ANC VISTA I, LLC, a Nevada limited liability company; AMERICAN NEVADA HOLDINGS, LLC, a Nevada limited liability company; MICHAEL SALTMAN and SONJA SALTMAN, husband and wife; MICHAEL SALTMAN and SONJA SALTMAN AS CO-TRUSTEES OF THE SALTMAN LIVING TRUST DATED MAY 29, 1997; G.C. INVESTMENTS, LLC, a Nevada limited liability company, | |
| Defendants. | |

Plaintiff WELLS FARGO BANK, N.A. ("Wells Fargo"), by and through their counsel, Robert Miller, Esq. and Jacob Maskovich, Esq. of the law firm of Bryan Cave, and Defendants, ANC VISTA I, LLC, a Nevada limited liability company; AMERICAN NEVADA HOLDINGS, LLC, a Nevada limited liability company; MICHAEL SALTMAN and SONJA SALTMAN, husband and wife; MICHAEL SALTMAN and SONJA SALTMAN AS CO-TRUSTEES OF THE SALTMAN LIVING TRUST DATED MAY 29, 1997; G.C. INVESTMENTS, LLC (collectively,

Garman Turner Gordon
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

1 of 2

4818-5477-8432, V. 1

the "ANC Vista Parties," and together with Wells Fargo, the "Parties"), by and through their counsel, Erika Pike Turner, Esq. of the law firm of Garman Turner Gordon LLP, hereby stipulate and agree as follows:

The entire case in the above-entitled action, inclusive of any and all claims alleged, shall be dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear his or its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 3rd day of February, 2017.

| BRYAN CAVE | GARMAN TURNER GORDON |
|---|---|
| /s/ Jacob A. Maskovich | /s/ Erika Pike Turner |
| ROBERT J. MILLER (Pro Hac Vice) | ERIKA PIKE TURNER |
| rjmiller@bryancave.com | Nevada Bar No. 6454 |
| JACOB A. MASKOVICH (Pro Hac Vice) | Email: eturner@gtg.legal |
| jamaskovich@bryancave.com | GABRIELLE A. HAMM |
| Two N. Central Avenue, Suite 2200 | Nevada Bar No. 11588 |
| Phoenix AZ, 85004 | Email: ghamm@gtg.legal |
| Tel: 602-364-7000 | 650 White Drive, Suite 100 |
| Fax: 602-364-7070 | Las Vegas, NV 89119 |
|  | Tel: 725-777-3000 |
| MICHAEL F. LYNCH | Fax: 725-777-3112 |
| Nevada Bar No. 8555 |  |
| michael@lynchlawpractice.com | *Attorneys for Defendants ANC VISTA I, LLC; AMERICAN NEVADA HOLDINGS, LLC; MICHAEL SALTMAN and SONJA SALTMAN; MICHAEL SALTMAN and SONJA SALTMAN AS CO-TRUSTEES OF THE SALTMAN LIVING TRUST DATED MAY 29, 1997; G.C. INVESTMENTS, LLC* |
| 8275 s. Eastern Avenue, Suite 200 | |
| Las Vegas, NV 89123 | |
| Tel: 702-413-8282 | |
| Fax: 702-543-3279 | |
| | |
| *Attorneys for Plaintiff Wells Fargo Bank, N.A.* | |

**ORDER**

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, with prejudice, with each party to bear his or its own fees and costs.

DATED: February 6, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Garman Turner Gordon
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

4818-5477-8432, V. 1

2 of 2